Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Dannie Luckett,<br><br>　　　　Defendant. | Case No. 2:16-cr-00212-GMN-NJK<br><br>**First Stipulation to Continue Revocation Hearing (ECF No. 39)** |

The parties jointly request that the revocation hearing scheduled for June 30, 2021, at 9:00 a.m. be vacated and continued for at least 30 days. Luckett is on bond and has a social security disability appointment on the currently scheduled date. The additional time will also allow the parties to prepare for the revocation hearing if an agreement cannot be reached.

DATED: June 25, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| */s/ Erin Gettel*<br>By_____ | */s/ Susan Cushman*<br>By_____ |
| Erin Gettel<br>Assistant Federal Public Defender | Susan Cushman<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>v.<br><br>Dannie Luckett,<br><br>       Defendant. | Case No. 2:16-cr-00212-GMN-NJK<br><br>**Order Granting First Stipulation to Continue Revocation Hearing (ECF No. 39)** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing for at least 30 days.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 30, 2021, at 9:00 a.m. is vacated and continued to August 11, 2021, at 11:00 a.m.

DATED: June 29, 2021.

_____
Gloria M. Navarro
United States District Judge