Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Benjamin F. J. Nemec
Nevada State Bar No. 14591
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ben_Nemec@fd.org

Attoreny for Dannie Luckett

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Dannie Luckett,<br><br>　　　　Defendant. | Case No. 2:16-cr-00212-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　The parties jointly request that the revocation hearing scheduled for August 11, 2021, at 11:00 a.m. be vacated and continued for at least 30 days. The additional time will allow the parties to prepare for the revocation hearing if an agreement cannot be reached.

　　　DATED: August 9, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| By*/s/ Benjamin F. J. Nemec* | By */s/ Susan Cushman* |
| Benjamin F. J. Nemec<br>Assistant Federal Public Defender | Susan Cushman<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Dannie Luckett,<br><br>    Defendant. | Case No. 2:16-cr-00212-GMN-NJK<br><br>**ORDER** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing for at least 30 days.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 11, 2021, at 11:00 a.m. is vacated and continued to Wednesday, September 22, 2021, at 10:00 a.m. in Courtroom 7D.

DATED: August __9__, 2021.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE