Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Benjamin F. J. Nemec
Nevada State Bar No. 14591
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ben_Nemec@fd.org

Attoreny for Dannie Luckett

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:16-cr-00212-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Third Request) |
| Dannie Luckett, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Dannie Luckett, that the Revocation Hearing currently scheduled on November 10, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Magistrate Judge Youchach ordered a competency evaluation for Mr. Luckett. The parties need time to complete the competency evaluation and to get a report.
2. The defendant is out of custody and agrees with the need for the continuance.
3. The parties agree to the continuance.
4. This is the third request for a continuance of the revocation hearing.

DATED this 1st day of November 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| By /s/ *Benjamin F. J. Nemec*<br>Benjamin F. J. Nemec<br>Assistant Federal Public Defender | By  /s/ *Supriya Prasad*<br>Supriya Prasad<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>Dannie Luckett,<br><br>   Defendant. | Case No. 2:16-cr-00212-GMN-NJK<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 10, 2021, at 2:00 p.m. is vacated and continued to  January 19, 2022  at 2:00 p.m.

  DATED: November  1 , 2021.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

3