Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Benjamin F. J. Nemec
Nevada State Bar No. 14591
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ben_Nemec@fd.org

Attorney for Dannie Luckett

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Dannie Luckett,<br><br>　　　　Defendant. | Case No. 2:16-cr-00212-GMN-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>**(**First Request**)** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Defendant's Name, that the Preliminary Hearing currently scheduled on December 8, 2021 at 11:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　This Stipulation is entered into for the following reasons:

1. The United States Attorney's Office has notified Mr. Luckett that it intends to seek an indictment in the new law violations described in the addendum to the petition.

2. The parties are engaged in discussions regarding potential resolution of the competency issues raised by Mr. Luckett, and a potential preindictment global resolution of the revocation and new matters.

2. Mr. Luckett is in custody and does not object to a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance filed herein.

DATED: December 7, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>Benjamin F. J. Nemec<br>Assistant Federal Public Defender | By  */s/ Daniel J. Cowhig*<br>Daniel J. Cowhig<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:16-cr-00212-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| Dannie Luckett, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on December 8, 2021 at 11:30 a.m. is vacated and continued to January 10, 2022 at 1:30 p.m., in Courtroom 3B.

DATED: December 7th 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3