RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Dannie Alton Luckett

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANNIE ALTON LUCKETT,<br><br>    Defendant. | Case No. 2:16-CR-00212-GMN-NJK-1<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Dannie Alton Luckett, that the Preliminary Hearing currently scheduled on January 25, 2022 at 2:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The United States charged defendant Luckett with the substantive robbery offenses by Criminal Complaint in 2:22-mj-15-DJA on January 10, 2022, the same offenses

alleged in the most recent Petition for Warrant for Offender Under Supervision in the above-captioned case. Defendant Luckett made his initial appearance in that matter this afternoon.

2. Counsel for defendant Luckett intends to file a motion requesting that defendant Luckett undergo a competency evaluation. Counsel for the United States anticipates either not opposing or joining that motion. Additional time is necessary so that the Court may consider that motion and, if approved, so that the competency evaluation can take place.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the preliminary hearing.

DATED this 25th day of January, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANNIE ALTON LUCKETT,

    Defendant.

Case No. 2:16-CR-00212-GMN-NJK-1

**ORDER**

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, January 25, 2022 at 2:00 p.m., be vacated and continued to Tuesday, April 26, 2022 at the hour of 1:00 p.m., in Courtroom 3B.

    DATED this 25th day of January, 2022.

                                                                UNITED STATES MAGISTRATE JUDGE