RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Dannie Alton Luckett

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNIE ALTON LUCKETT,<br><br>Defendant. | Case No. 2:16-CR-00212-GMN-NJK-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Dannie Alton Luckett, that the Revocation Hearing currently scheduled on May 11, 2022 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than one-hundred and twenty (120) days.

This Stipulation is entered into for the following reasons:

1. Mr. Luckett is currently undergoing a BOP competency evaluation, ordered by the Court in 2:22-cr-00026-JCM-VCF, on the unopposed motion of the defendant. Parties anticipate the competency evaluation could take several months to complete.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the sixth request for a continuance of the revocation hearing.

DATED this 11th day of April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Benjamin F. J. Nemec<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNIE ALTON LUCKETT,<br><br>Defendant. | Case No. 2:16-CR-00212-GMN-NJK-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, May 11, 2022 at 10:00 a.m., be vacated and continued to September 13, 2022 at the hour of 10:00 a.m.

DATED this 11 day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE