RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Dannie Alton Luckett

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-00212-GMN-NJK-1 |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Fourth Request) |
| DANNIE ALTON LUCKETT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Dannie Alton Luckett, that the Preliminary Hearing currently scheduled on April 26, 2022 at 1:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than one-hundred and twenty (120) days.

This Stipulation is entered into for the following reasons:

1       1.      Mr. Luckett is currently undergoing a BOP competency evaluation, ordered by

2    the Court in 2:22-cr-00026-JCM-VCF, on the unopposed motion of the defendant.  Parties

3    anticipate the competency evaluation could take several months to complete..

4       2.      The defendant is in custody and agrees with the need for the continuance.

5       3.      The parties agree to the continuance.

6       This is the fourth request for a continuance of the preliminary hearing.

7       DATED this 11th day of April, 2022.

8

9    RENE L. VALLADARES            CHRISTOPHER CHIOU
      Federal Public Defender            Acting United States Attorney

10

11     */s/ Benjamin F. J. Nemec*           */s/ Daniel J. Cowhig*
      By_____     By_____

12    BENJAMIN F. J. NEMEC            DANIEL J. COWHIG
      Assistant Federal Public Defender    Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

DANNIE ALTON LUCKETT,

          Defendant.

Case No. 2:16-CR-00212-GMN-NJK-1

**ORDER**

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, April 26, 2022 at 1:00 p.m., be vacated and continued to August 24, 2022 at the hour of 1:00 p.m., in a courtroom to be determined.

    DATED this 12th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3