UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANNIE ALTON LUCKETT,<br><br>  Defendant. | Case No. 2:16-CR-00212-GMN-NJK-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, August 24, 2022 at 1:00 p.m., be vacated and continued to November 22, 2022 at the hour of 10:00 a.m. in Courtroom 3B.

DATED this 13th day of July 2022.

*[signature]*
UNITED STATES MAGISTRATE JUDGE