UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 2:16-CR-00212-GMN-NJK |
| | ) | **ORDER** |
| v. | ) | |
| DANNIE ALTON LUCKETT, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the preliminary hearing in the above captioned matter currently scheduled for November 22, 2022 at 10:00 a.m., be vacated and continued to February 27, 2023, at 10:00 a.m. in Courtroom 3A.

Dated this 17th day of November, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE