SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
Wright Marsh & Levy
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
smuralidhara@wmllawlv.com
Attorney for Dannie Alton Luckett

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:16-CR-00212-GMN-NJK |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| v. ) | **REVOCATION HEARING**[1] |
| ) | |
| DANNIE ALTON LUCKETT, ) | **(Eighth Request)** |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney; and Defendant Dannie Alton Luckett, by and through his counsel, Sunethra Muralidhara, Esquire, of Wright Marsh & Levy, that the revocation hearing currently scheduled for December 13, 2022 at 10:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days from the current preliminary hearing date.

The Stipulation is entered into for the following reasons:

1. Sunethra Muralidhara, Esquire, was just appointed as CJA counsel on November 15, 2022. (ECF 104.)  The soonest she was able to schedule a video visitation with Mr. Luckett to discuss among many things, this case, was Monday, November 21, 2022.

2. The revocation hearing is currently set for December 13, 2022 at 10:00 a.m.  (ECF 100.)

---

[1] While this is the 8th request made on record, this is Counsel's first request for a continuance.

3. A preliminary hearing is currently set for February 23, 2023 at 10:00 a.m. (ECF 106.)

4. A change of plea hearing in Mr. Luckett's other federal case (Case No. 2:22-CR-00026-JCM-VCF) is currently set for December 14, 2022 at 11:00 a.m. (ECF 43.) We are currently in the process of simultaneously filing a stipulation to continue that date for 90 days.

5. Counsel needs additional time to meet with Mr. Luckett, conduct investigation in this case to determine whether there are any issues that must be litigated or resolved through negotiations. More specifically, Mr. Luckett through his prior counsel submitted a plea agreement to the Court (in the case before Judge Mahan) that globally resolved this revocation proceeding as well. Mr. Luckett, however, has not yet pleaded guilty. Given the withdrawal of prior counsel, new defense counsel needs time to review discovery and discuss with Mr. Luckett his concerns to discern whether and what next steps must be taken in this case to properly resolve this matter.

6. Mr. Luckett is in custody at the Nevada Southern Detention Center. He agrees with this request for a continuance.

7. The parties agree to a ninety (90) day continuance.

8. Additionally, denial of this request for continuance could result in a miscarriage of justice.

9. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

10. This is the eighth request for a continuance of the preliminary hearing.

Dated this 28th day of November, 2022.

Respectfully submitted:

| WRIGHT MARSH & LEVY | JASON M. FRIERSON |
| | UNITED STATES ATTORNEY |
| By: /s/ Sunethra Muralidhara | By: /s/ Daniel J. Cowhig |
| SUNETHRA MURALIDHARA, ESQUIRE | DANIEL J. COWHIG |
| 300 S. Fourth Street | Assistant U.S. Attorney District of Nevada |
| Suite 701 | 501 Las Vegas Boulevard South |
| Las Vegas, NV 89101 | Suite 1100 |
| Attorney for Mr. Luckett | Las Vegas, NV 89101 |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANNIE ALTON LUCKETT, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:16-CR-00212-GMN-NJK <br><br> **ORDER** |

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the revocation hearing in the above captioned matter currently scheduled for December 13, 2022 at 10:00 a.m., be vacated and continued to _____March 14__, 2023, at __11:00 a.m__.

_____  11/28/2022
JUDGE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE