UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00212-GMN-NJK |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DANNIE ALTON LUCKETT, | |
| Defendant. | |

Before the Court is Stipulation to Vacate the Preliminary Hearing to Determine Whether There is Probable Cause to Believe a Violation Occurred. ECF No. 109. Good cause appearing,

IT IS HEREBY ORDERED that the Stipulation to Vacate the Preliminary Hearing to Determine Whether There is Probable Cause to Believe a Violation Occurred (ECF No. 109) is GRANTED as Defendant is not *only* in custody for violating a condition of probation or supervised release, but also arising from his indictment in the new case 22-cr-00026-JCM-VCF.

IT IS FURTHER ORDERED that the preliminary hearing currently set for February 27, 2023 at 10:00 a.m. is VACATED.

Dated this 9th day of February, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1