SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
Wright Marsh & Levy
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
smuralidhara@wmllawlv.com
Attorney for Dannie Alton Luckett

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANNIE ALTON LUCKETT, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 2:16-CR-00212-GMN-NJK <br><br> **STIPULATION TO CONTINUE REVOCATION HEARING** <br><br> **(Ninth Request)** |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney; and Defendant Dannie Alton Luckett, by and through his counsel, Sunethra Muralidhara, Esquire, of Wright Marsh & Levy, that the revocation hearing currently scheduled for March 14, 2023 at 11:00 a.m. be vacated and continued for 1-day to March 15, 2023.

The Stipulation is entered into for the following reasons:

1. The revocation hearing is currently set for March 14, 2023 at 10:00 a.m.

2. A change of plea hearing in Mr. Luckett's other federal case (Case No. 2:22-CR-00026-JCM-VCF) is currently set for March 15, 2023 at 10:00 a.m.

3. Defense counsel is requesting this additional day to streamline Mr. Luckett's travel to and from the Nevada Southern Detention Center.  Rather than travel between two different days, consolidating his travel to one day will allow him to appear at both hearings and resolve each matter without being overly burdensome to Mr. Luckett's mental health.

4. Mr. Luckett is in pretrial detention at the Nevada Southern Detention Center and does not object to this continuance.

5. The parties agree to a 1-day continuance in this matter.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

8. This is the ninth request for a continuance of the revocation hearing.

Dated this 16th day of February, 2023.

Respectfully submitted:

| WRIGHT MARSH & LEVY | JASON M. FRIERSON |
| | UNITED STATES ATTORNEY |
| By: /s/ Sunethra Muralidhara | By: /s/ Daniel J. Cowhig |
| SUNETHRA MURALIDHARA, ESQUIRE | DANIEL J. COWHIG |
| 300 S. Fourth Street | Assistant U.S. Attorney District of Nevada |
| Suite 701 | 501 Las Vegas Boulevard South |
| Las Vegas, NV 89101 | Suite 1100 |
| Attorney for Mr. Luckett | Las Vegas, NV 89101 |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
                            )   CASE NO. 2:16-CR-00212-GMN-NJK
    Plaintiff,               )
                            )   **ORDER**
    v.                       )
                            )
DANNIE ALTON LUCKETT,       )
                            )
    Defendant.               )
_____)

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the revocation hearing in the above captioned matter currently scheduled for March 14, 2022 at 11:00 a.m., be vacated and continued to _____March 15_____, 2023, at  11:00 a.m .

_____
JUDGE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE