1 SIGAL CHATTAH
United States Attorney
2 District of Nevada
Nevada Bar Number 8264
3
CYBILL DOTSON
4 Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
5 Las Vegas, Nevada 89101
Telephone: (702) 388-6336
6 Facsimile: (702) 388-6787
E-mail: Cybill.Dotson@usdoj.gov
7 *Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:16-cr-00212-GMN-NJK |
|---|---|---|
| Plaintiff, | ) | **ORDER AUTHORIZING PAYMENT FROM FEDERAL BUREAU OF INVESTIGATION** |
| v. | ) | |
| DANNIE LUCKETT, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion to Authorize Payment from the Federal Bureau of Investigation ("FBI") pursuant to 18 U.S.C. §§ 3613(a). The Court has reviewed the motion and finds that for good cause shown, the FBI shall turn over to the Clerk of Court funds held as evidence in the amount of $754.90 for the above named defendant as payment towards the criminal monetary penalties imposed in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Payment shall be made payable to: Clerk of the Court, U.S. District Court, and delivered to:

> Clerk of the Court, U.S. District Court
> 333 Las Vegas Boulevard South, Suite 1334
> Las Vegas, NV 89101

Payment shall reference Judgment Debtor's name and case number:

> "Dannie Luckett / 2:16-cr-00212-GMN-NJK".

**IT IS SO ORDERED**:

Dated: _____June 27, 2025_____     _____
                                    UNITED STATES DISTRICT JUDGE